UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

JOHN FANTEL,

Defendant.

Cr. No.   1:25-cr-00067-MRD-PAS

In violation of 18 U.S.C. §§ 875(c) and 2261A(2)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 6, 2025, in the District of Rhode Island, the defendant, JOHN FANTEL, did knowingly and willfully transmit in interstate commerce from the State of Florida to the State of Rhode Island, an electronic communication, specifically an email, to E.E., and the communication contained the threat to injure E.E., specifically that FANTEL "really can't wait to finish this, you count on your federal contacts too much,"

In violation of Section 875(c) of Title 18 of the United States Code.

### COUNT TWO

On or about April 11, 2025, in the District of Rhode Island, the defendant, JOHN FANTEL, did knowingly and willfully transmit in interstate commerce from the State of Florida to the State of Rhode Island, an email communication to an email account managed by the Department of Veterans Affairs, and the communication contained a threat to injure E.E., specifically a promise to murder E.E. upon FANTEL's return to Rhode Island,

In violation of Section 875(c) of Title 18 of the United States Code.

### COUNT THREE

From on or about March 6, 2025, through April 29, 2025, in the District of Rhode Island, defendant JOHN FANTEL, with the intent to harass and intimidate another person, to wit E.E., used any interactive computer service or electronic communication system of interstate commerce or any other facility of interstate commerce to engage in a course of conduct that placed that person in reasonable fear of death and serious bodily injury and caused, attempted to cause and would be reasonably expected to cause substantial emotional distress,

In violation of Section 2261A(2) of Title 18 of the United States Code.

A TRUE BILL:

███████████████

Grand Jury Foreperson

SARA M. BLOOM
Acting United States Attorney

Taylor A. Dean
Assistant U.S. Attorney

Lee H. Vilker
Assistant U.S. Attorney
Criminal Division Chief

Date: 6/11/2025