PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT

CASE NO. 1:25-cr-00067-MRD-PAS

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Superseding Indictment  ☐ Charges/Counts Added Information

USA vs.
Defendant: John Fantel
Address: No fixed address

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND — RHODE ISLAND Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: SARA M. BLOOM
Acting ☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Taylor A. Dean

☐ Interpreter Required  Dialect: _____
Birth Date: [redacted]
☒ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number: [redacted]

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
VA-OIG, Thomas Donnelly, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. PAS/ 25-mj-024

Place of offense: RHODE ISLAND  County: Providence

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date 5/23/2025 _____ or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Kevin Fitzgerald, Esq.
☒ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1-2 | 18 U.S.C. § 875(c) | Interstate Communication of a Threat | ☒ Felony ☐ Misdemeanor |
|  | Imprisonment: 5yrs/ Fine $250,000 | Supervised Release: 3 years/ Special Assessment: $100 | ☐ Felony ☐ Misdemeanor |
| 3 | 18 U.S.C. § 2261A(2) | Interstate Stalking | ☒ Felony ☐ Misdemeanor |
|  | Imprisonment: 5yrs/ Fine $250,000 | Supervised Release: 3 years/ Special Assessment: $100 | ☐ Felony ☐ Misdemeanor |
|  |  | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |