UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | C.R. No. 25-00067-MRD-PAS |
| : | |
| JOHN FANTEL, : | |
|     Defendant. : | |

**ORDER**

PATRICIA A. SULLIVAN, United States Magistrate Judge.

On July 18, 2025, the Court conducted a conference with the attorneys for the parties regarding Defendant John Fantel remaining in custody in Florida due to his refusal to be tested for active tuberculosis despite the Order issued by the Court in the Middle District of Florida on June 18, 2025. Order, United States v. Fantel, 6:25-mj-01545-DCI (M.D. Fla. June 18, 2025), ECF No. 5. The Court is further aware of a pending motion to compel compliance with tuberculosis testing filed in the Middle District of Florida on June 26, 2025, to which no objection has been asserted. Mot. to Compel, United States v. Fantel, 6:25-mj-01545-DCI (M.D. Fla. June 26, 2025), ECF No. 6. The Court has been advised that, despite the Order and the pending motion, Defendant's refusal has persisted. Based on the foregoing, the Court hereby orders that the United States Marshals Service shall take such steps as are sufficient for Defendant to immediately receive the necessary tuberculosis testing at USMS expense, including the use of reasonable force, so that he can be transported without unreasonable delay to the District of Rhode Island.

So Ordered:

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
July 21, 2025